1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY SHAFER** | Case No. CIV-09-383-CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** of the United States of America, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from August 3, 2009, to November 6, 2009.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through October of 2009.

/ / / /

/ / / /

/ / / /

1

Dated: August 3, 2009                    /s/Bess M. Brewer
                                         BESS M. BREWER
                                         Attorney at Law

                                         Attorney for Plaintiff


Dated: August 3, 2009                    Lawrence G. Brown

                                         Acting United States Attorney

                                         /s/ Jacqueline A. Forslund
                                         JACQUELINE A. FORSLUND
                                         Special Assistant U.S. Attorney
                                         Social Security Administration

                                         Attorney for Defendant


                               **ORDER**

APPROVED AND SO ORDERED.



 DATED: August 5, 2009


                                         _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

2