1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARY SHAFER | ) | Case No. CIV-09-383-CMK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 6, 2009, to December 2, 2009.   This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: November 5, 2009

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: November 6, 2009

Lawrence G. Brown

Acting United States Attorney

*/s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 9, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2