1    BESS M. BREWER, #100364
LAW OFFICE OF
2    BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3    Sacramento, CA 95817
Telephone: (916) 454-3111
4    Facsimile: (916) 454-3131

5    Attorneys for Plaintiff

6

7

8

             **IN THE UNITED STATES DISTRICT COURT**
9
             **EASTERN DISTRICT OF CALIFORNIA**
10

| | | |
|---|---|---|
| 11   **MARY SHAFER** | ) | Case No. **CIV-09-383-CMK** |
| 12 | ) | |
| 13         **Plaintiff,** | ) ) ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT** |
| 14   **v.** | ) ) | **OF SUMMARY JUDGMENT** |
| 15   **MICHAEL J. ASTRUE** **Commissioner of Social Security** | ) ) | |
| 16   **of the United States of America,** | ) ) | |
| 17         **Defendant.** | ) ) | |
| 18 | ) | |

19

20        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment
21
in this case is hereby extended from November 6, 2009, to January 12, 2010.  This additional extension
22
is required due to Plaintiff's counsel's impacted briefing schedule.
23

24

25

26   / / / /

27   / / / /

28   / / / /

1    Dated: December 2, 2009              /s/Bess M. Brewer
                                          BESS M. BREWER
2                                         Attorney at Law

3                                         Attorney for Plaintiff

4

5
     Dated: December 2, 2009              Lawrence G. Brown
6
                                          Acting United States Attorney
7
                                          /s/ Shea Lita Bond by Elizabeth Firer
8                                         Shea Lita Bond

9                                         Special Assistant U.S. Attorney
                                          Social Security Administration
10
                                          Attorney for Defendant
11

12                                        **ORDER**

13   APPROVED AND SO ORDERED.

14

15

16    DATED:  December 4, 2009

17

18                                        **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

                                     2