IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY SHAFER,

        Plaintiff,

   vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

No. CIV S-09-0383-CMK

<u>ORDER</u>

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On February 10, 2010, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to file a dispositive motion within the time provided by the court's scheduling order.  A review of the docket reflects that a dispositive motion has been filed.  The order to show cause is, therefore, discharged.

/ / /

/ / /

/ / /

1       IT IS SO ORDERED.

3 DATED: May 20, 2010

                                     **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE